# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 23-cr-00310-JDB |
| v. | : | |
| | : | |
| VITEL'HOMME INNOCENT, | : | UNDER SEAL |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court pursuant to Fed. R. Crim. P. 6(e)(4), to issue an Order that the Indictment and the Arrest Warrant, both of which were previously placed under seal in the above-captioned case, be unsealed effective October 24, 2023 at 11:00 a.m. In support of its motion, the Government states as follows:

1. On September 8, 2023, upon consideration of a motion by the Government, the Court sealed the Indictment, any supporting documents and docket entries, and the Arrest Warrant in this case to further the legitimate prosecutorial interest of the Government to arrest the defendant prior to any attempt on his part to flee should he become aware of the impending arrest and prevent the public disclosure of the Government's ongoing criminal investigation into his activities.

2. United States law enforcement officials have determined that the continued sealing of these materials no longer serves the governmental interest in obtaining custody of the defendant. Therefore, the basis that previously existed for the sealing of the Indictment and the Arrest Warrant no longer exists.

CONCLUSION

WHEREFORE, for all the foregoing reasons, the United States of America respectfully requests that the Court now issue an Order unsealing the Indictment and the Arrest Warrant in this matter effective October 24, 2023 at 11:00 a.m.  A proposed Order is submitted herewith.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

Date: October 23, 2023

By: /s/ John F. Korba
John F. Korba
Assistant United States Attorney
D.C. Bar No. 1010303
National Security Section
United States Attorney's Office
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-7246
Email: john.korba@usdoj.gov